ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ELIDIA DUARTE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA DUARTE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLANET FITNESS, INC. et al.<br><br>　　　　　Defendants | Case No. 21-cv-08005-HSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION CONTINUING THE CONDITIONAL DISMISSAL DEADLINE; AND ORDER** |

　　　　Plaintiff Elidia Duarte ("Plaintiff") files this administrative motion pursuant to Local Rule 7-11 and the January 10, 2022 Conditional Order of Dismissal. Plaintiff respectfully requests that the Court continue the conditional dismissal deadline from February 24, 2022 to March 28, 2022. Plaintiff believes that there is good cause based on the following:

1. On January 7, 2022, the parties notified the Court that they "have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 45 days." ECF No. 18

2. On January 10, 2022, the Court issued a Conditional Order of Dismissal allowing any party to reopen the case within 45 days. Accordingly, the current deadline to reopen the case is February 24, 2022.

3. On January 24, 2022 Plaintiff received a copy of a draft settlement agreement from

1  Defendants for her review and execution.
2  4.  Plaintiff has been ill and as a result has been unable to review the settlement agreement.
3  5.  Accordingly, additional time is necessary for the parties to finalize and execute the agreement. After the agreement is fully executed, Plaintiff will be filing a stipulated request for the Court to retain jurisdiction over the settlement agreement in accordance with General Order No. 56. Plaintiff believes that this can be accomplished by March 28, 2022, which is 30 days from the current deadline as defined by Fed. R. Civ. P 6(a)(1)(C).

Respectfully submitted,

Dated: February 11, 2022

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for
Plaintiff Elidia Duarte

**DECLARATION**

I, IRAKLI KARBELASHVILI, declare as follows:

1. I am an attorney in good standing licensed to practice before all courts of the State of California and the bar of this Court. I am Plaintiff's counsel in the above captioned case.

2. I attest that the facts set forth in the motion are all true and accurate. I believe that the relief requested is necessary so that there is adequate time to execute an enforceable settlement agreement.

I declare the above statement to be true and correct except to those matters stated upon information and belief, and as to those matters, I believe them to be true to the best of my knowledge, and so declare under penalty of perjury and under the laws of the United States of America, on February 11, 2022, at Playa Vista, California

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed Plaintiff's Motion, and good cause appearing, the conditional dismissal deadline is continued to March 28, 2022.

**IT IS SO ORDERED.**

Dated: 2/14/2022

_____
United States District Judge