ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ELIDIA DUARTE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA DUARTE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLANET FITNESS, INC. et al.<br><br>　　　　　Defendants | Case No. 21-cv-08005-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE CONDITIONAL DISMISSAL DEADLINE** |

　　　Plaintiff ELIDIA DUARTE ("Plaintiff") and Defendants PLANET FITNESS, INC., PLANET FITNESS ASSETCO LLC, and PLANET FITNESS FRANCHISING LLC (collectively, "Planet Fitness") respectfully requests that the Court continue the conditional dismissal deadline from **March 28, 2022 to April 29, 2022**. The parties believe that there is good cause based on the following:

1.　On January 7, 2022, the parties notified the Court that they "have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 45 days." ECF No. 18

2.　On January 10, 2022, the Court issued a Conditional Order of Dismissal allowing any party to reopen the case within 45 days. Accordingly, the current deadline to reopen the case is February 24, 2022.

---

STIPULATION CONTINUING THE CONDITIONAL DISMISSAL DEADLINE; AND ORDER

1

3. On January 24, 2022 Plaintiff received a copy of a draft settlement agreement from Defendants for her review and execution.

4. On February 11, 2022, Plaintiff requested a continuance of the conditional dismissal deadline to March 28, 2022 due to Plaintiff's illness. The requested as granted.

5. Plaintiff has had a chance to review the settlement agreement but needs additional time to finalize her review prior to sending over her draft of the settlement agreement to Defendants. Plaintiff recently underwent surgery resulting in further delays with finalizing settlement.

6. Accordingly, the parties ask for additional time to finalize their settlement agreement.

Respectfully submitted,

Dated: March 25, 2022

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for
Plaintiff ELIDIA DUARTE

Dated: March 25, 2022

*/s/ Joshua Stein*
Joshua Stein, Attorney for
Defendants PLANET FITNESS, INC.,
PLANET FITNESS ASSETCO LLC,
and PLANET FITNESS
FRANCHISING LLC

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the conditional dismissal deadline is continued to April 29, 2022.

**IT IS SO ORDERED.**

Dated: 3/28/2022

*Haywood S. Gill, Jr.*
United States District Judge