ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ELIDIA DUARTE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIDIA DUARTE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PLANET FITNESS, INC. et al.<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-cv-08005-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE CONDITIONAL DISMISSAL DEADLINE** |
|---|---|---|

　　　　Plaintiff ELIDIA DUARTE ("Plaintiff") and Defendants PLANET FITNESS, INC., PLANET FITNESS ASSETCO LLC, and PLANET FITNESS FRANCHISING LLC (collectively, "Planet Fitness") respectfully requests that the Court continue the conditional dismissal deadline from **April 29, 2022, to May 31, 2022.** The parties believe that there is good cause based on the following:

1. On January 7, 2022, the parties notified the Court that they "have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 45 days." ECF No. 18

2. On January 10, 2022, the Court issued a Conditional Order of Dismissal allowing any party to reopen the case within 45 days. Accordingly, the current deadline to reopen the case is February 24, 2022.

3. On January 24, 2022, Plaintiff received a copy of a draft settlement agreement from Defendants for her review and execution.

4. On February 11, 2022, Plaintiff requested a continuance of the conditional dismissal deadline to March 28, 2022, due to Plaintiff's illness. The requested was granted.

5. On March 25, 2022, the parties filed a stipulated request seeking another continuance of the dismissal deadline to April 29, 2022. On March 28, 2022, the Court granted the parties' stipulation.

6. On March 31, 2022, Plaintiff sent back to Defendants an edited drafted of the settlement agreement for Defendants' review and approval.

7. On April 14, 2022, Plaintiff's counsel and counsel for Planet Fitness met and conferred by phone regarding the draft of the agreement shared by Plaintiff on March 31, 2022.

8. On April 25, 2022, Planet Fitness sent back an updated draft of the settlement agreement for Plaintiff's review.

9. The overall process for reviewing the settlement agreement is delayed because Plaintiff requires assistance in translating the settlement agreement form English to Spanish. Plaintiff is currently reviewing the latest draft of the settlement agreement.

10. The parties are hopeful that a written settlement agreement will be finalized shortly.

11. Accordingly, the parties ask for additional time to finalize their settlement agreement.

Respectfully submitted,

Dated: April 29, 2022                 /s/ Irakli Karbelashvili
                                      Irakli Karbelashvili, Attorney for
                                      Plaintiff ELIDIA DUARTE

Dated: April 29, 2022                 /s/ Kevin Sullivan
                                      Kevin Sullivan, Attorney for
                                      Defendants PLANET FITNESS, INC.,
                                      PLANET FITNESS ASSETCO LLC,
                                      and PLANET FITNESS
                                      FRANCHISING LLC

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the conditional dismissal deadline is continued to May 31, 2022.

**IT IS SO ORDERED.**

Dated: 4/29/2022

_Haywood S. Gilliam, Jr._
United States District Judge