ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ELIDIA DUARTE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIDIA DUARTE,<br><br>    Plaintiff,<br><br>vs.<br><br>PLANET FITNESS, INC. et al.<br><br>    Defendants | Case No. 21-cv-08005-HSG<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION CONTINUING THE CONDITIONAL DISMISSAL DEADLINE; AND ORDER** |
|---|---|

Plaintiff Elidia Duarte ("Plaintiff") files this administrative motion pursuant to Local Rule 7-11 and the April 29, 2022 Conditional Order of Dismissal. Plaintiff respectfully requests that the Court grant one final continue of the conditional dismissal deadline from May 31, 2022, to June 30, 2022. Plaintiff believes that there is good cause based on the following:

1. On January 7, 2022, the parties notified the Court that they "have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 45 days." ECF No. 18

2. There was an overall delay with finalizing the settlement due to Plaintiff's illness and because Plaintiff requires assistance in translating the settlement agreement from English to Spanish.

3. More recently, the parties had a dispute over the language in the final settlement agreement

that is to be executed by the parties. This dispute has since been resolved.

4. Plaintiff executed the settlement agreement on May 26, 2022. Defendants' counsel has notified Plaintiff's counsel that they are in the process of obtaining a counter signed copy from Defendants.

5. Plaintiff anticipates that a dismissal with prejudice and a request for retention of jurisdiction over the agreement will be filed no later than June 30, 2022.

6. Should the stipulated dismissal not be filed by June 30, 2022, Plaintiff will request a status conference.

Respectfully submitted,

Dated: May 31, 2022

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for
Plaintiff Elidia Duarte

**DECLARATION**

I, IRAKLI KARBELASHVILI, declare as follows:

1. I am an attorney in good standing licensed to practice before all courts of the State of California and the bar of this Court. I am Plaintiff's counsel in the above captioned case.

2. I attest that the facts set forth in the motion are all true and accurate. I believe that the relief requested is necessary so that there is adequate time to execute an enforceable settlement agreement.

I declare the above statement to be true and correct except to those matters stated upon information and belief, and as to those matters, I believe them to be true to the best of my knowledge, and so declare under penalty of perjury and under the laws of the United States of America, on May 31, 2022, at San Jose, California

/s/ *Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed Plaintiff's Motion, and good cause appearing, the conditional dismissal deadline is continued to June 30, 2022.

**IT IS SO ORDERED.**

Dated: 6/1/2022

_____
United States District Judge