ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ELIDIA DUARTE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIDIA DUARTE, | Case No. 21-cv-08005-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| PLANET FITNESS, INC. et al. | |
| Defendants | |

Plaintiff ELIDIA DUARTE ("Plaintiff") and Defendants PLANET FITNESS, INC., PLANET FITNESS ASSETCO LLC, and PLANET FITNESS FRANCHISING LLC (collectively, "Planet Fitness") stipulate and respectfully request that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court retain jurisdiction over the settlement agreement in accordance with General Order No. 56.

Dated: June 29, 2022         */s/ Irakli Karbelashvili*
                             Irakli Karbelashvili, Attorney for
                             Plaintiff ELIDIA DUARTE

Dated: June 29, 2022         */s/ Kevin Sullivan*
                             Kevin Sullivan, Attorney for
                             Defendants PLANET FITNESS, INC.,
                             PLANET FITNESS ASSETCO LLC,
                             and PLANET FITNESS
                             FRANCHISING LLC

**Filer's Attestation**

I attest that I received concurrence form the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this matter is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: 7/1/2022

_Haywood S. Gill, Jr._
United States District Judge